# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Giordano v. Saks Incorporated**  Docket No.: **23-600**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Mark I. Pinkert**

Firm: **Weil, Gotshal & Manges LLP**

Address: **1395 Brickell Ave., Suite 1200, Miami, FL 33131**

Telephone: **305-577-3100**   Fax: **305-374-7159**

E-mail: **mark.pinkert@weil.com**

Appearance for: **Saks Incorporated, Saks & Company LLC, Saks Fifth Avenue LLC/Appellees**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Mark A. Perry/Weil, Gotshal & Manges LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **Nov. 18, 2022 (date of admission)**  OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Mark I. Pinkert**

Type or Print Name: **Mark I. Pinkert**