# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Giordano, et al. v. Saks Incorporated, et al.  Docket No.: 23-600

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Evan Kreiner

Firm: Skadden, Arps, Slate, Meagher & Flom LLP

Address: One Manhattan West, New York, NY 10001

Telephone: (212) 735-3000  Fax: (212) 735-2000

E-mail: evan.kreiner@skadden.com

Appearance for: Restaurant Law Center and Retail Litigation Center
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Evan Kreiner

Type or Print Name: Evan Kreiner