

**JOSHUA P. DAVIS** / *SHAREHOLDER*
d 415.689.9292 **m** 415.215.0962 | jdavis@bm.net

January 29, 2024

**VIA ECF**

Catherine O'Hagen Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Giordano v. Saks Incorporated, et al.*
              Docket. No. 23-600

Dear Ms. Wolfe:

In furtherance of the Oral Argument Statement filed on November 16, 2023, Dtk. Entry 186, counsel for Plaintiff-Appellants is providing additional dates on which counsel is unavailable for argument:

March 11 – June 28, 2024.

Respectfully submitted,

*/s/ Joshua P. Davis*
Joshua P. Davis
BERGER MONTAGUE PC

cc:     All Counsel of Record (via CM/ECF)