# Weil, Gotshal & Manges LLP

2001 M Street, NW Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Mark A. Perry**
+1 (202) 682-7511
Mark.Perry@weil.com

January 30, 2024

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Giordano et al. v. Saks & Company LLC, et al.*, No. 23-600 (2d Cir.)

Dear Ms. Wolfe:

To supplement the Oral Argument Statement filed on November 3, 2023 (Dkt. No. 161), counsel for Defendants-Appellees Saks Incorporated, Saks & Company LLC, and Saks Fifth Avenue LLC is providing additional dates on which counsel is unavailable for argument (all dates are inclusive):

- February 6, 2024
- February 26–28, 2024
- March 18–19, 2024
- April 4–9, 2024
- May 16–June 11, 2024

Respectfully,

*/s/ Mark A. Perry*

Mark A. Perry
WEIL, GOTSHAL & MANGES LLP

*Attorney for Saks Incorporated,*
*Saks & Company LLC,*
*and Saks Fifth Avenue LLC*


cc: All Counsel of Record