**Weil, Gotshal & Manges LLP**

2001 M Street, NW Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Mark A. Perry**
+1 (202) 682-7511
Mark.Perry@weil.com

BY ECF

March 4, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *Giordano et al. v. Saks & Company LLC, et al.*, No. 23-600

Dear Ms. Wolfe:

    I represent Saks Incorporated, Saks & Company LLC, and Saks Fifth Avenue LLC, Defendants-Appellees, in the above-captioned matter. I respectfully request the Court's permission for myself and my colleagues, Eric Hochstadt and Mark Pinkert, to bring electronic devices into the courthouse for use during the oral argument scheduled for Monday, March 25, 2024 at 10:00am in Courtroom 1703.

Respectfully submitted,

/s/ *Mark A. Perry*

Mark A. Perry
WEIL, GOTSHAL & MANGES LLP

*Attorney for Saks Incorporated,
Saks & Company LLC,
and Saks Fifth Avenue LLC*

cc: All counsel of record