# Weil, Gotshal & Manges LLP

**Mark Pinkertt**
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
mark.pinkert@weil.com

September 20, 2024

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Giordano, et al. v. Saks Incorporated, et al.*, No. 23-600

Dear Sir or Madam,

    Weil, Gotshal & Manges LLP ("Weil") represents Defendants-Appellees Saks Incorporated, Saks & Company LLC, and Saks Fifth Avenue LLC in connection with the above referenced matter. This letter shall serve as written request that the Court grant Mark Pinkert withdrawal as attorney of record for Defendants in this matter.

    No other attorney is withdrawing his or her appearance by this notice. The law firm of Weil, Gotshal & Manges LLP will continue to serve as counsel for Saks Incorporated, Saks & Company LLC, and Saks Fifth Avenue LLC. Because Defendants have been and will continue to be represented by Weil, Gotshal & Manges LLP, Defendants do not expect that the withdrawal of the undersigned will cause any disruption in the matter.

Sincerely,

*s/Mark Pinkert*
Mark Pinkert

cc: all counsel of record